UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LYNN KAPLAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELDORADO RESORTS CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-01015-RFB-PAL<br><br>ORDER<br><br>(Emg. Mot for Fees – ECF No. 48) |
| SUSAN SCHEINBURG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELDORADO RESORTS CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-01031-RFB-PAL<br><br>ORDER<br><br>(Emg. Mot for Fees – ECF No. 48) |

Before the court is Defendants' Emergency Motions to Set Reasonable Fees for the Deposition of Teng Ong, MD (ECF Nos. 48). The motions were filed on November 10, 2016, and were filed on an emergency basis as the discovery cutoff expired on November 21, 2016. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. A hearing on the Emergency Motions for Fees (ECF Nos. 48) shall be conducted at **9:30 a.m. January 5, 2017, in Courtroom 3B.**
2. The court will adjust the deadline for the deposition of Dr. Ong at the hearing.

DATED this 19th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE