UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LYNN KAPLAN,<br><br>                Plaintiff,<br>v.<br><br>ELDORADO RESORTS CORPORATION, et al.,<br><br>                Defendants. | Case No. 2:15-cv-01015-RFB-PAL<br><br>ORDER<br><br>(Emg Mot for Fees – ECF No. 48) |

      The court conducted a hearing on January 5, 2017, on Defendants' Emergency Motion to Set Reasonable Fees for the Deposition of Teng Ong, MD (ECF No. 48). Brian Bradford was present on behalf of Defendants. Plaintiff was not present for the hearing and did not file an opposition to the motion. Non-party Teng Ong, MD was served with the motion but did not file an opposition or appear. Having reviewed and considered the matter, and for good cause shown,

      **IT IS ORDERED** that Defendants' Emergency Motion to Set Reasonable Fees for the Deposition of Teng Ong, MD (ECF No. 48) is **GRANTED**. Dr. Ong shall be paid $500.00/hr. for his deposition testimony which will be limited to one hour in duration at Dr. Ong's office on a date and time that is mutually agreeable to all parties.

      DATED this 9th day of January, 2017.

                                                      _____<br>
                                                      PEGGY A. LEEN<br>
                                                      UNITED STATES MAGISTRATE JUDGE