ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
MARCUS B. SMITH, ESQ.
Nevada Bar No. 12098
marcus.smith@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation
and Michael Marrs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN KAPLAN,<br><br>           Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 2:15-cv-01015-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Lynn Kaplan ("Plaintiff") and Defendants Eldorado Resorts Corporation and Michael Marrs (hereinafter collectively "Defendants"), by and through their undersigned counsel, that all claims Plaintiff had or may

//

//

have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party is to bear their own fees and costs.

Dated this 29th day of June, 2017.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins<br>Brian S. Letofsky<br>8215 South Eastern Avenue<br>Suite 265<br>Las Vegas, NV  89123<br>Telephone:  702.901-7533<br>*Attorneys for Plaintiff Lynn Kaplan* | Anthony L. Martin<br>Jill Garcia<br>Marcus B. Smith<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV  89169<br>Telephone:  702.369.6800<br>*Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of July, 2017.